# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1035
Lower Tribunal No. 19-2418

————————

**O.R.S., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Howard K. Blumberg, Special Assistant Public Defender, and Rachel E. Bolshin and Carla V. Llaneza, Certified Legal Interns, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.